| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Davis, Brian J. | 2. Court or Organization U. S. District Court, Middle District of Florida | 3. Date of Report 08/17/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 11-400
Jacksonville, FL 32202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Jacksonville Public Education Fund, Inc. |
| 2. | Member, Trustee | The Community Foundation, Inc. |
| 3. | Member, Board of Directors | North Florida Council, Boy Scouts of America, Inc. |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 08/17/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | State of Florida Retirement | $120,362.64 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Florida Retirement System Disability Income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Regions Bank | Mortgage on Investment Property, Jacksonville, FL | K |
| 2. | DiTech Financial LLC | Mortgage on Investment Property, Jacksonville, FL | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 08/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citigroup Common Stock (X) | A | Dividend | J | T | | | | | |
| 2. Travelers Common Stock (X) | A | Dividend | J | T | | | | | |
| 3. Commuunity First Credit Union Accounts (X) | A | Interest | J | T | | | | | |
| 4. Regions Bank Accounts | A | Interest | K | T | | | | | |
| 5. VyStar Credit Union Accounts (X) | A | Interest | K | T | | | | | |
| 6. American Funds: American Mutual Fund | A | Dividend | J | T | | | | | |
| 7. VOYA 457 Plan Fixed Account | D | Dividend | | | Sold | 11/02/16 | N | B | Buyer: Northwestern Mutual |
| 8. Northwestern Mutual Rollover IRA (H) | | | | | | | | | |
| 9. Dreyfus Ins Deposit Program | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 10. Invesco Balanced Risk Commodity Strategy Fund CL Y | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 11. AB Global Bond Fund Advisor Class | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 12. Ariel Fund | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 13. Cohen & Steers Real Estate Securities Fund Class I | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 14. Deutsche Enhanced Commodity Strategy Fund Institutional Class | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 15. Eaton Vance Income Fund of Boston Institutional | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 16. John Hancock Disciplined Value Mid Cap Fund Class I | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 17. JP Morgan Government Bond Fund Class | A | Dividend | K | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 08/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFS Value Fund Class I | A | Dividend | K | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 19. New Perspective Fund Class F-2 | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 20. New World Fund Class F-2 | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 21. Northern Small Cap Value Fund | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 22. Oppenheimer Global Fund Class Y | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 23. PNC Small Cap Fund Class I | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 24. PIMCO Income Fund Class P | A | Dividend | K | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 25. Prudential Total Return Bond Fund Class Z | A | Dividend | K | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 26. T Rowe Prce Blue Chip Growth | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 27. IShares Inc Edge MSCI Minimum Volatility Emerging Markets ETF | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 28. IShares TR Core S&P 500 ETF | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 29. IShares TR Core U S Aggregate Bd ETF | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 30. IShares MSCI EAFE Minimum Volatility ETF | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 31. Powershares Exchange-Traded FD TRII S&P 500 Low Volatility Port | A | Dividend | K | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 32. SPDR SER TR Dow Jones REIT ETF | A | Dividend | J | T | Buy | 11/02/16 | J | | Seller: VOYA 457 Plan |
| 33. Investment Property, Jacksonville, FL (May 9, 2017 Appraisal: $66,000) | | None | L | Q | | | | | |
| 34. Investment Property, Jacksonville, FL (May 9, 2017 Appraisal: $87,000) | | None | L | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 08/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MetLife Variable Annuity, Fixed Account | A | Int./Div. | J | T | | | | | |
| 36. NorthWestern Mutual Variable Annuity (H) | | | | | | | | | |
| 37. Equity Income (MSA/T Rowe Price) (X) | A | Dividend | J | T | | | | | |
| 38. FocusedAppreciation (MSA/Loomis Sayles) (X) | A | Dividend | J | T | | | | | |
| 39. Growth Stock (MSA/The Boston Company) (X) | A | Dividend | J | T | | | | | |
| 40. US Small Cap Equity (RIF) (X) | A | Dividend | J | T | | | | | |
| 41. International Equity (MSA/Franklin Tmpl) (X) | A | Dividend | J | T | | | | | |
| 42. International Growth (MSA/FIAM LLC) (X) | A | Dividend | J | T | | | | | |
| 43. International Developed Markets (RIF) (X) | A | Dividend | J | T | | | | | |
| 44. Select Bond (MSA/Wells Capital Mgmt) (X) | A | Dividend | J | T | | | | | |
| 45. Strategic Bond (RIF) (X) | A | Dividend | J | T | | | | | |
| 46. High Yield Bond (MSA/Federated Inv.) (X) | A | Dividend | J | T | | | | | |
| 47. Global Real Estate Securities (RIF) (X) | A | Dividend | J | T | | | | | |
| 48. Guaranteed Interest Fund I (X) | A | Interest | J | T | | | | | |
| 49. -JanusFocused Appreciation Fund (Y) | | | | | | | | | |
| 50. -Russell Aggressive Equity Fund (Y) | | | | | | | | | |
| 51. -Russell Non-US Fund (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 08/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Russell Core Bond Fund (Y) | | | | | | | | | |
| 53. Janus International Growth Fund (Y) | | | | | | | | | |
| 54. NorthWest Mutual Whole Life Policy #1 | A | Dividend | J | T | | | | | |
| 55. NorthWest Mutual Whole LIfe Policy #2 | A | Dividend | K | T | | | | | |
| 56. NorthWest Mutual Whole Life Policy #3 | C | Dividend | L | T | | | | | |
| 57. American Funds: Growth and Income Fund #1 | A | Dividend | J | T | | | | | |
| 58. American Funds: Growth and Income Fund #2 | A | Dividend | J | T | | | | | |
| 59. American Funds: Growth and Income Fund #3 | A | Dividend | J | T | | | | | |
| 60. Regions Investment Accounts (H) | | | | | | | | | |
| 61. GS Fin Corp SR IDX ZRO LKD19 | A | Dividend | J | T | Buy | 02/07/16 | J | | |
| 62. GS Fin Corp SR GLBL INDX 20 | A | Dividend | J | T | Buy | 02/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 08/17/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 8 through 19 and 23 through 27 on my 2015 Financial Disclosure Report (VII. Investments and Trusts) were subsumed by transfers and name changes within the annuity which resulted in no gains.

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 08/17/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Brian J. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544